CHRIS JACOBS

vs.

The Press

26-cv-90-jdp

FILED/REC'D

2026 FEB -2 Λ 10: 50

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## 1983 CIVIL RIGHTS ACTION

This is a 1983 Civil Rights Action against "The Press" for Defamatory Statements/non-statements, that Put me and My Family in False light and Made me a target for attacks/threats (against me) and witch-hunt and everybody Playing the victim, That lead to my second Trial & conviction.

"The Press" would be channel 7 (CBS) & channel 9 (ABC) in Wausau, Wis; Wausau newspaper; Associated Press and many other unknown Press members, who sat through my 1st (1988-89) Trial Proceedings.

I Requesting The Press... To Take interest in my case (and my 6-Letters to Press with 2-page Cover letter) and Put Pressure on Wis S.Ct. and U.S. S.Ct. to hear my Text-book case of Double-Jeopardy and Possible money Damages.

In 6-Letters 56-Pg. to press (with 2-Pg cover Letter), I'm asking Press to Put Pressure on Wis S.Ct. and U.S.S.Ct. to hear my case...
However; Prison Business Office Refuses to give me Legal Loans to Send 6-Letters to Press (In 2021, it started out as 3-Letters)
The DCI & CCI Business Office Said Repeatedly, That I Can NoT list "The Press" as a Defendant.
ICRS was No help.

①

① WCI-2021-1710 (Being Denied to Send out 3-Letters to Press)

② CCI-2024-214 (6-Letters to Press)

③ CCI-2024-2445 (PSU Refuse to make 6-Letters - Part PSU Record)

④ CCI-2024-2695 (Deny Legal Loan & Line of Credit, 6-Letter to Press).
(On 1-28-25, ICRS Made a 2-pg Cover letters Part of Records
On above listed Complaints))

<u>STATEMENT</u>

<u>OF CASE</u>

July 4-5, 1987, 4 members of Kunz Family was Fond Dead in there
Rural Marathon Co Residents, All Shot execution style.
    Missing Family member, Helem Kunz Was Fond Dead with
Small Caliber Bullet Hole in Skull, in Taylor Co Swamp, on March 31, 1988

Fri. Jan. 29, 1988; Sat Jan 30, 1988; Mon Feb 1, 1988; and July 1993
Search Warrants issued and our Farms, my Black Charger, Tires,
Bullets, Newspaper was Search & seized... And I Labled
"Prime Suspect" in Kunz Murder case.

Late Aug 1988, I charged with Kunz Murders & Party to Crime,
5-counts (which included Kidnapping & False imprisonment of
Helen Kunz).
    In Late Oct. 1989, After a 4-week Trial, where Nothing
was withheld, I was Acquitted of ALL Charges and walked
Out of CourtRoom Free Man.

②

5 At July 3rd, 1993, 3:00P m, I ReCharged With Kidnapping and
False imprisonment of Helen Kunz, Based on "Newly-Discover-
Evidence, Statue of limitations was July 4, 1993

1993-96 was Spent in Appeals ct ( wis s.ct and U.s. s.ct. Both
Decline to Review) arguing if Double Jeopardy Barr 2nd Trial or not.
  After I Lost Bid For Double Jeopardy OR Not, I Stood Trial
Second time and After a 2-week Trial, where Some of my
Defense Was barry. I Was convicted and Received. Max-31-Year
Prison Sentence.
     After No Relief in my Post-Conviction Appeal ( Again,
Wis S.Ct & U.S. s.ct. Both Decline to Review) I took over
my own Appeal in 2001.


                    COMPLAINT


July 4-5, 1987, 4 member, 4 members Kunz Family Was Fond Dead,
Shot in Head, Execution Style at there Rural, meth marathon co
Residents.
    The missing Family member, Helen Kunz, who did Not Drive,
Was unknown if She a Victim or Suspect at the time. Victim Randy
Kunz' Blue OlDS Cutlass Was Fond in Kunz garden, 1/4 mile North of
Kunz House, up Road, Suspect Vehicel fire Trecks also Fond in
garden.

There Was alot of Publicity on Case and and Search For Helen Kunz.

                    ③

Helens' Skeletal Remains would be fond March 31, 1988, in Taylor Co Swamp, 19-miles North of Kunz Residents. One Small Caliber bullet, Went in Under Jaw and out Top of Skull, as in Suicide, but No Weapon(s) Fond.

Kenny Kunz, The Sole Survivor, was said to have Spent nite in his Car, Park in milk Factory (Kennys' Employer) where milk Trucks Park, and then Came Home about 5:00AM Sunday, July 5, 1987 and Fand the bodies.

In 1984, 3-years Before July 4-5, 1987 Kunz murders, I, A 17-Year old, boughten Two Cars From Kunz Residents. My 18-Year-old Friend, Bill Birkholz and mike stewward & another kid (Both 12-13 Years-old) were along.

mike stewward Stole a calculator/Funnel/chain From Kunz Family, I knew Nothing, nor any Part, about this untill Couple Weeks later When Bill Birkholz said Kunz Family Contacted him and Bill Retrieved items From mike stewward and ⁱᵒᵒᵏ items back.

4-Years Later, After Late January 29, 1988 (Illegal) searches of our Residents (and I Labled "Prime Suspect" in Kunz murders) ... The Press (Incorrectly) said I Stole calculator/Funnel/chain From Kunz, Which untrue.

I do Question how Press even Fond out about incident Singe Police NOT involved ... and if False Claimed were Submitted???

(4)

In 1984, I (17-year-old) was going out (Not up to Dating though) with Chris Weiler (16-year-old) and one time, we Both skip school together and I let her drive my charger and she gotten a speeding ticket in O'Claire area. The cop scolded me for letting her drive a car like that. I Now believe I got blamed for speeding ticket.

Chris Weiler is sister to Wayne Weiler and they close.

In 1987, Wayne Weiler had gotten into trouble and on his way to Prison for Drugs, stealing cattle, and trying to outrun Police with a 1972 Dodge Demon 340.

After Police caught Wayne, They lay something heavy on gas Pedal and let engine over-Rev and blew-up.

Police Informant Wayne Weiler (and Police) said I tried to outrun Police & I blew up 340 & I incorrectly Repaired 340, So Local Government gave Wayne money to buy different 340 (from my close friend)) and Put New 340 into Dodge Demon and Wayne sold it.

Police Informant Wayne Weiler & Police also blame me for Stealing Cattle & Drugs, All untrue.

Wayne Weiler then sold me Incorrectly Repair 340 as a good Running Motor and I Put 340 in my Black Charger and I was trying to figure out why 340 did not Run correctly and had no Power.

Friday Jan. 29, 1988, Police would (Illegally) seize my Black Charger off my Parents' Private Property with (Illegal) Search Warrant (That did not state what Police were searching for, A Fishing Expedition) .. The Press made Big issue about items Fond in my car. 1) "High Power Spot light"; 2) Womans' Blouse; 3) Paint Scapings; and 4) Tire Receipts.

⑤

A 2nd (Illegal) Search Warrant was issued Saturday Jan 30, 1988 and a Newspaper w/ kunz murders on Front Page, Which Press made issue about - ⚬⚬ Some Reports (Incorrectly) said Newspaper Clippings of kunz murders were Found in My Room, Which untrue.

During these (illegal) Late Jan Searches, it was unknown if Helen Suspect or Victim. Helen Not Fond until March 3⬝; 1988.

FILED/REC'D
2026 FEB -2
CLERK OF COURT
DISTRICT COURT
10:51

### High-Power-Spot-light

The Nite of July 4-5, 1987 Murders, A Vehicl with Two Bright, High Head lites (My Black Charger got (4) Four Head-lites Low to ground) With a High-Power-Spot-lite was seen Near kunz Residents.

The "Trouble-lite" (Per Ad) in my car was a Free gift with $20.00 Order (value 1.99) was very unFocus, wide shower light because it was a Trouble-lite. Not a "High-Power-Spot-lite" with a beam of Focus light!!!

The Nite of 1st illegal Search (1-29-88), That Trouble lite, Which Was Shiny & New and Cord Still Wrap-up as when Ship, was taken From Shipping box in garage and Placed in my Black Charger, On Back Seat Floor area.

Trouble lite was Planted, So to JustiFy (Illegally) Seizing Black Charger because Police Seen dent on my Black Charger With Blue Paint Scrapings and Police (Incorrectly) assumed Blue Paint Scrapings Match Randy kunz Blue Olds Cutless.

(6)

Police Knew That Jan 29, 1988 Search Warrant was illegal Because search warrant did NOT Said What Police weRe searching for ... A Fishing Expedition !!!

The Police (Again, Incorrectly) thought (Illegal) Search would Turn up a little marijuana ... The (Illegal) Search Turn up No illegal activity and to contary (Illegal) Search prove Wayne Weiler ("Intent" of 1st (1989) Trial) Wrong and a lyar (Wayne Falsely Claim 340 Could easily Deface tires and that's why Tires did Not Match, when in fact 340 Could Not Deface tires because of Waynes' Incorrectly Repairing 340 ... And With-held Wis CRIME Lab Report VeriFies this !!!)

In 1st (1989) trial, Press Seen that Trouble lite and it was NOT a "High Power Spot-Lite" !!!

In 2nd (1998) Trial, Police Would Fassely Claim Evidence Building Was Burglarized (2) Two Times in 1995, Which Capt Randal Hoenisch Was in charge of (Prosecutors Would insinuate that I the one Who Burglarized Evidence Building, in Front of Jury) and High Power Spot Lite Was Stolen.

The False Burglary Story Was made up so to explain why NO Drugs, NO Weapon(s), No Womans' Blouse in Evidence ... After all those Fraudulent Claims Were Submitted Claiming items were in Evidence.

They ALL thought Double Jeopardy Would Barr Re-trial of me, so No Need to worry about No incriminating evidence to support accusations !!!

⑦

The womans' Blouse was my then girlFriends' Blouse and was Released & Return Short time after Jan 29, 1983 (Illegal) Seizure oF my Black Charger... Something The Press had <u>NO</u> interest at all. The Womans' (Alleged Helen) Blouse was <u>NOT</u> Stolen During (Alleged) 1996 Burglaries!!!

## <u>PAINT SCRAPINGS</u>

A Short Time BeFore the (Illegal) 1-29-83 Search/Seizure oF my Black Charger, A Late 1970s Blue Ford Put a dent in my Black Charger and LeFt Blue Paint Scrapings on my Black Charger.

Victim Randy kunz Blue '76 OLDS Cutless was Fond in garden where Suspect Vehicals' ~~Fra~~ Tire tracks were.

AFter my 1st (1983) Trial, False Claims were made thaT Blue Paint Scrapings on my Black Charger were From Randy kunz Blue 1976 OLDS Cutlass.

The (with-held) Crime Lab Report (1st & 2nd Trials) will show Blue Paints Scrapping on my Black Charger was Enamel Base Blue Paint (Ford, Mopar, AMC) and Randy kunz Blue '76 OLDS Cutless was Lacquar Base Blue Paint (1960s-1970s GM Vehicals) So Blue Paint did Not Match.

(8)

In My 2nd (1998) Trial, Prosecutors Painted False Pictures OF Tire Tracks From Suspect vehical and Randy Kunz Blue '76 Olds Cutlass over lap each other and a collision between vehicals and that's Motive For Murders... Sinse Police Could Not tie me to Drugs!!!

They all thought Double Jeopardy Would Barr Re-trial, So All the Fraudulent Claims Were Submitted.

## NEWS Paper

ON Saturday Jan. 30, 1988, 2nd (Illegal) Search WaRRant Was Issue For Newspaper Fond (During 1st (Illegal) Fri. 1-29-88 Search) in My Room, With Kunz Murders On Front Page.

Some Press (INCORRectly) Said NewsPaper Clippings OF Kunz Murders Was Fond in my Room, Which @Untrue. ( I do Question Where this Came From and if False Claims Where Submitted Saying this??? )

The ONe & only one NewspapeR Was explain away 1st (1989) Trial and 2nd (1998) Trial.

This Sat. 1-30-88 2nd (Illegal) Search Warrant Was "Fruits of Poisonous tree" because the Newspaper Was Discovered From 1-29-88 1st (Illegal) Search warrant, Which did Not State What Police Were Searching FoR, A Fishing Expedition that turn up No illegal Activity!!!
But got me Labled "Prime Suspect in Kunz Murders

3rd ( I blessed )
Search warrant
2-1-88

The 3rd Search warrant was also "Fruits Of Poisonous tree", it was based OFF Inventory Search of my Black Charger, AFter Black Charger was (Illegally) Seized From my Parents' Private Property on Fri 1-29-88

The 3rd Search warrant was Issued For Forensic testing AFter 1) "High Power spot lite"; 2) womans' Blouse; 3) Paint scrappings; and 4) Tire Receipts were Fond in/on Black charger, During inventory search.

Side Note, Police later testiFied they Did NOT Notice my Black Charger had 60s Series BF Goodrich TiRes instead OF 70s Series BF Goodrich TiRes as Police were Searching For untill AFTER 3rd Search warrant was Sign by Judge and Black charger Loaded on Trailer To Crime Lab and Tires at eye-level. This when Police First Notice Black Charger had Wrong size tires.., Those were Same Police who Claim to be Tire experts at trial!!!

The with-held Crime Lab Report will show Black Charger clear OF Murders And Tires Did NOT match. (Two 60 series BF GoodRich Tires & Three Durlon Tires, ToTal Five Tires)

Side Note, a year later, During 1988-89 1st Trial Proceedings, in March-April 1989, Shortly AFteR I made bail (and Prosecution Not turning over Discovery and Prosecution Producing an overy-Broad "Bill OF Particulars") my Black charger was Return to me, 6-months BEFORE oct. 1989 Acquittals... Which Press had NO interest in.

(10)

Police informant Wayne Weiler 1st Denied being involved With Taylor Co
Stolen Red Dodge Charger, left Court Room and later Came Back and admitted
He involved. Wayne then became Suspect in murders himself.

Prosecutor said he did NOT Charge Wayne With Prejury because it was
only "12-minutes of Prejury" (Wayne was Charged With Prejury in
Past on an unRelated incident, but Charge was Drop Because Wayne was
under age)

Press had NO interest in Waynes' Prosecution on Stolen Car OR any
other Charges - and going to Prison.


Late Feb 1988 - Early March 1988, Lead Detectives, Randal Hoenisch and
Windel Roddy, Both go back to Murder Scene, Kunz House and Find
missing (9th) shell. (9-Shots Fired), only 8-shells Recovered).
Roddy NOR HoRnisch did NOT Take No Pictures, No Notes,
No Evidence Processing Procedures Steps as Required, they Just
Walk in and Find Missing Shell, Despite a week long Extensive
Search and Processing of Murder Scene, back on July 5, 1987... And
months after (Illegal) search late Jan. 1988 Searches (A Fishing
Expedtion) of our Residents/Black charger, which turn up No
illegal activity and to contary, Cleared My Black Charger.

Early-mid march 1988, Police Received MORE Investigating (Fishing)
money (Because They Recover 9th shell) and on Friday, Police announced
They would start digging FoR evidence and would escort Press to
undisclosed digging site on Monday... On Monday, Police escorted
an Army of Press to digging site, A digging Manure Pit ... AFteR
3-Days of Digging, Police Fond Nothing.

(1)

Side Note, When Murders First Discovered July 5, 1987, The called went out as an "Accident with Fatalities" Because they did not want to tip off Press.

Late March 1988, Marathon Co Det Winzel Roddy, on his day off, goes back to Taylor Co Swamp (with unmark police car w/2-way Radio) and finds Helens' skeletal Remains and instead of securing area, Det. Roddy Drives back to Athens, Wis (Marathon Co), despite Medford, Wis., The Seat of Taylor Co Sherriffs Dept being Closer (and Seveal Local Near-by Taverns), So to Call in his Findings to Marathon Co Sheriffs Dept in Wausau, Det Roddy explain away this odd behavior, That Det. Roddy did not want to tip off the Press

Side Note; Helens' Skeletal Remains were Fond in 20-Foot Radius (OR Swallow grave, Two different Stories) with One Small Caliber Bullet hole in Skull, Bullet went in ~~bottom~~ under Jaw and out Top of Skull, as in Suicide; but no gun fond (Suspiciously, one Spent .22 Caliber Shell Fond INSIDE OF Helens' Skull.

Another Side Note, A week & Half After July 4-5, 1987 Murders, A Fisherman, Who seen & Heard about Search for Helen, was at that Taylor Co Swamp and Smell a Rotting Smell and Notified police. Police Searched Taylor Co Swamp and Helen ~~was~~ was NOT there.

Another Side Note, in my 2nd (1998) Trial, Judge barr Polices' Own Theory That Helen murder family and then committed suicide and Kenny Kunz Came home & ~~murdered~~ Fond Helen and didn't want Helen getting blamed, So Kenny moved Helen & got Rid of gun(s) and/or Kenny himself Committed murders.

Late January 1988, I Plead guilty to November 1987 Taylor Co Stolen Red Dodge Charger.

This Guilty Plead was used as Probable Cause for (illegal) Search warrants (1-29-88 & 1-30-88) in connection with Kunz murders when my Black Charger was (Illegally) Seized off Private Property and I Labled "Prime Suspect" in Murders.

My Atty, Robert Brandner was a conflict of interest and working for Taylor Co DA Office. He knew I did NOT steal Red Charger. I was Promised Stolen Red Chargers' Parts; including 426 HEMI Engine.

Shortly After 1/29/88 & 1-30-88 (Illegal) Search warrants and I Labled "Prime Suspect" in Kunz Murders... I had a Taylor Co Stolen Red Charger Hearing and Press Pounsed on that... The "Prime Suspect" in Kunz Murders, who was Jail For weekend and Released uncharged because lack of evidence in Kunz murder case... is Now in Taylor Co Court on Stolen Car Charges.
HOWEVER, Press had NO Interest in Wayne Weilers' Prosecution of Stolen Red Charger NOR other Prosecutions and Wayne Weiler on his way to Prison. (I'll come back to Wayne Weiler, the "Intent" of 1st (1989) Trial)

Shortly after 1/29/88 & 1/30/88 (illegal) Searches, and I Labled a "Prime Suspect" in Kunz murders... my Taylor Co Stolen Charger case Atty, Robert Brandner told me I Should go to SPD Office in Wausau, which I did.

The Press Made a Big issue of why I getting a SPD, when I NOT Charged with anything in Kunz Murder case.

Side Note, The weekend of (illegal) searches (1-29-88 & 1-30-88) I was put in Marathon Co Jail the whole weekend and Denied All phone calls- Visits, Including my parents, who were Target of search warrants.
    Late Sat Nite (1-30-88), Conflict of Interest, Atty Robert Brandner Came and seen me. According to Wausau Newspaper, SPD John Reed tried to see me in Marathon Co Jail, but was Denied.

## 4th (Illegal))
### Search Warrant
### July 1988

In July 1988, police would get Another (Illegal) search warrant and come Out For more Tires. Police were searching FOR Two BF GoodRich 70s Series Tires (My Black Charger had Two BF GoodRich 60 Series Tires and Two Dunlon and one Spare tire Durlon)
    This is when we learn my Black Charger had wrong size tires. The Police Seized Two more tires and I Voluntarily Turn Over BF GoodRich 70 Series Tire also.

So now Police had Total of (8) eight Tires; 4 on my Car; one Spare tire; Two Sized July 1988; and one I Voluntarily Turn over.

During this (Illegal) Search, I was arrested FOR Operating (Police) Car without owners consent & Obstruction of Justice (Allegedly taking Police Car, which Press Pounsed & Pump it up by Falsely claiming I was out in Field Bahaing with Police Car,... The Press had No interest in those Bogust Charges (with No Chance For Conviction in) being Drop!!!

(14)

This 4th Search Warrant was "Fruits of Poisonous tRee" because it was based off Tire Receipts (ILLegaliy) Seized From my Black charger During Inventory Search, After my Black Charger was seized off Private Property with 1st (Feb 1-29-89) Search Warrant, which did NOT State What Police were searching for.

The Wis Crime Lab said July 1988 Seizure of 3-tires did NOT Match.

At this Point, Police had (8) eight tires that did not match and Wis Crime Lab Forensic testing Clear my Black Charger. In any other investigation, it would've ended ... But Press got me Labled "Prime Suspect" and I Convicted by Press.

The Police then went out-of-State, to OHIO Private Tire expert Peter McDonald and he made Match on One Durlon tire. On my Black Charger and Based on that, I Charged with Murder and Party to Crime of Murder, 5 counts (Which included kidnapping & False inPrisonment of Helen KUNZ) ... Needless to Say, Press Poundsed on that.

All (8) eight tires sent Back to Wis Crime Lab and again. Wis Crime Lab said Tires did NOT match)

At 3-Days Preliminary Hearing (Which Strench over a Month time) We learn that OHio Private tire expert Peter McDonald Was being Paid $14,000 Plus expenses for his Match on One Durlon Tire (The other Seven tires did Not Match)

(15)

The Press Misstated by saying _____ and Forgot to say Ohio Private Tire expert Peter McDonald was being Paid $14,000 Plus expenses For his Match on One Tire & only one Tire... And McDonald Made Match in FL case, was Proven wrong & Defendant was acquitted.

The Press Forgot to say how Trial Judge was struggling to articulate Probable Cause so to bind over For Trial... Because Probable Cause was boughten For $14,000 Plus expenses on one Tire, and the "Match" was basically one little Stone between the tread on Durlon Tire (That was Not On My Car NOR in my Possession During Murders) (Black Charger Seized 1-29-88 (Murders July 4-5, 1987)) Trial Judge was very same Judge Who sign 2-1-88 Forensic Search warrant, which Clear Black Charger & Tires Not Match. Prosecutor Hide this at Oct-Nov. 1988 Preliminary Hearing... Prosecution Wanted us to File a "Speedy Trial" Violation.

At Preliminary Hearing, we Learn about "Intent" Wayne Weiler, who testified I told him I wanted to Rob Kunz Family (which untrue) and Press Pounced on that. Press did Not say one word about Wayne's Legal Problems.

The Press said I "Lied" when I said about My Alibi... The Press Forgot to say that Police admitted to using Interrogation Tatics design to get incriminating statement & Mirandan Rights Not Read. (I didn't know I being Question as suspect in Kunz murders cases. Police said they Wanted talk to me about Stolen Car Parts & Reminded me of Pending Taylor co Stolen Red Charger and I could Loose out on Stolen Red Charger Parts & 426 HEMI. The Police Never said They had (Illegal) Search warrants in Connection to Kunz Murder case.)

The Press mid Lead about Shell evidence by Forgetting to mention all the Holes in Shell Evidence.

In other words, The Press made it Sound like an Air-tight Case against me.

16

Some time Later, I Requested Bail Reduction and Judge denied, but
Said he'd be Willing to Put some kind of Bail Package together.
(Press Forgot to mention Judges' Willingness for a Bail Package)

   At Next hearing, when Judge about to grant Bail at Reduced
ammount, Prosecutor Filed motion to Hold with No Bail (All Press
Said, I Deny Bail Reduction 2nd Time)

   At 3rd Bail Hearing, Prosecutor had Police testify how they
Felt threatened at our Residents during (Illegal) Searches Back
in January 1988.


Prosecutor Play Jan. 1988 Vidio of Search, OF my Dad telling Police to
get Vidio camera out of his Face OR Dad Will Shove Vidio Camera up
Polices' Asses ... Needless to Say, Press Pounsed on that ... What
Press Forgot to Say is Dad Made that Statement while unlocking
garage so Police CoulD Search and that Dad Fully Corporated with
Search (and as Dad walked out of Barn to go unlock garage, Police
were taking a long Pry-Barr and Prying Trunk open on my
1969 Charger (Not Black Charger that was in Police Custody by
this time)) That Trunk could be open with Screw Driver
Because lock was Removed ... Police knew this Because I Open
that truck for Police During Nov. 1987 Taylor Co. Stolen Red
Charger investigation.)

        Prosecutor ask Police iF They Felt threaten at our
Residents ... Police Said they Felt threaten and he went on to
explain it would be PainFull and even Fatal to have a Vidio camera
Shoved up One Posterior ... The Courtroom & Judge laugh, So the
Prosecutor asked Same Question again, trying to get every body to take
Question & Answer Serious, However, it got a bigger laugh, The people
who missed it 1st Time Cought it second Time.

(17)

At conclusion of Bail Hearing, Judge granted Bail ... My S.P.D, Weldon Nelson ask... IF Prosecutor could Not Meet Burden of Clear & convincing evidence, Needed to hold me without Bail, which is higher than Probable Cause, But Lower than Reasonable Doubt... How does Prosecution expect to go to trial and get Conviction???

The Press Left out alot and only said I made bail, and Repeated history, "Tires match" and So on.

Although, During Couple Months of Bail Hearings, Some of Local Press Started saying Prove Case against me oR leave me along ... Prosecution Was Procrastinating and wanting us to File "Speedy Trial Violation"... But we Refused and push For Discovery !!!

Shortly after I made Bail, we Requested my Black Charger Release Sinse Prosecutor OFFoR No incriminating evidence to Hold Black Charger at Preliminary Hearing NoR at Bail Hearing and Prosecutor Not turning over Discovery... we knew about 2-1-88 Forensic testing Search waRRants

The Judge ordeR my Black Charger Released ... The Press had NO interest being Released and did NoT even Mention it. This was a Significant Revelation ... There's no incriminating Evidence !!!

We had to keep going back into Court FoR Court-ORDers Because Prosecution Was Not Turning over Discovery,

All Press Would Say, I had Motions Hearing & Repeat History of Case ... Tires & Bullets matching ... on.

We Requested "Bill of Particulars" because Murder & Party to
Crime of murder Was So overly Broad. The Judge agreed and
Order Prosecution to Produce a "Bill of Particulars" to State what
I did and what Prosecution Was going to Prove at trial.
    The "Bill of Particulars" was very overly Broad and listed
everything From Trigger man "and/or" down to Driver of Car "and/or"
Supplying Car/weapons "and/or" knowledge of murders.
(Kidnapping & False inprisonment of Helen Kunz was listed)
    All Press Said, I had Motions Hearing & Repeat history
of Casey tires & Bullets match and So on ... At No time did
Press Say "Party to Crime".


Prosecutor Filed Motion to Drop Helen Kunz Murder Charge Because
Prosecutor Could Not Prove Helen Was murdered in Marathon co
and moved to Taylor Co Swamp.
    We Argue to keep Charge in and Stipulated we would. Not
Challenge where Helen was murders At.
    Judge agreed with us and order I Stand Trial On Helen Kunz
murder ... And Kidnapping & False inprisonment of Helen Kunz ...
Because Judge Did Not want "String of Trials."

The Prosecutions' Case was Falling apart ... But Press was Not
Showing it.
    The Misleading Press Said Judge Refused to dismiss Helen Kunz
Murder Charge and ordered I Stand trial on Helen Kunz
Murder Charge.

During 1st (1989) Trial Proceedings, At one Point, Judge ordered all Press out out of Courtroom & Courtroom Doors locked.

Later, in Judges' Chambers, A Lawyer For "Press" was threatening Legal Action against Judge & Staff, unless Press allowed in Courtroom.

The Judge order Press out of Court Room Because Press misleading and Defamatory Statements about me ... And De-Humanizing and embarrassing the Kunz Family and They were blaming me and made Repeated threats and Harrassed us

The Lawyer Representing The "Press" Said ... "The Public has a Right to Know" ... That's a Two-way Street. The Public has a Right to Know what Really went on, Not the Warp Picture Press Painted ... Tires ("Linchpin" of entire Case) did NOT match (untill Police tamper with Evidence!!!) and Press Refusing to acknowledge acknowledge Fact my Black Charger cleared of Murders and Returned in March-April 1989, Six Months BEFORE Oct 1989 Acquittals on ALL Chargers.

Side Note, 2nd (1998) Trial, So-call "Newly-Discover-Evidence" Stacy Weis was Caught Researching and getting Details on me, The Kunz murders, Kunz garden, Taylor Co Swamp Where Helen was Fond ... The Public has a Right to know those Details!!!

At this Point, Prosecutors' Case: Crime Lab Said NONE of (8) Right Tires Match and They Clear & Release my Black Charger ... OHIO Private Tire Expert Peter McDonald Made match on one Durlon Tire For $14,000 Plus expenses (on Tire that was NOT on my Car NOR in my Possession During Murders) ... And Crime Lab Re-examinating All 8 Tires and Again, Tires NOT Match ... However, MisLeading Press Repeatedly saying Tires Match!!

The 1st (1989) Trial Judge Put Trial on hold and order All (8) eight Tires Sent to FBI.

During this time, Some unknow Party Tamper with Evidence (That was stored at Marathon Co Sherriff's Dept.) But Police Baffled who it was.

As expected, FBI disagreed with OHIO Private Tire Expert, Peter McDonald and said Durlon Tire did NOT match... However, FBI said one BF Goodrich 70 series Tire Match... (But testified at 1st (1989) Trial that another tire COULD have made imprint)

The eve of Oct. 1989 Trial to start, OHIO Private Tire expert, Peter McDonald Re-Examines All Tires and McDonald Agrees with FBI, That one BF Goodrich 70 Series Tire Match, but McDonald Still Held one Durlon Tire Match (Which Supports Evidence Tamper With)

The Wis Crime Lab Testified NONE of tires match.

Side Note, At 1st (1989) Trial and 2nd (1992) Trial, Crime Lab Claimed they Disobey 2-1-88 Search Warrant For Forensic testing, But did admit testing Could have been done... After my Atty drag it out of them.

In 1st (1989) trial, Det Roddy testified testing was in Fact done and my Black Charger was clear. (I'm still trying to get With-held Crime Lab Report.)

In 1st (Trial 1989), FBI testified he made Match on one BF GoodRich 70 series Tire... But also Testified that another tire could have made imprint.

(21)

Side Note, In 2nd (1998) Trial, The very Same FBI testified that is the ..
"Only Tire in the World that Made that imprint".

This comes After Two alleged Burglaries in 1996 Of Evidence
Building Where evidence Was Allegedly stolen & Tamper with in my
Case ... At 2nd (1998) Trial, Prosecutors insinuated I was the one
who Burglarize Evidence Building in 1996, in Front of Jury ... The
Evidence Building was NEVER Burglarized !!!

The Burglary story was made up to explain away NO Drugs,
NO Weapon(s), No womans' Blouse & NO Black Charger in
Evidence Building.

Meanwhile, The misleading Press was saying Tires Match.

After Oct 1989 Acquittals On All Charges ... The Press was saying ...
How could he be acquitted on All Charges with All that evidence against
him??? ("Tires Matching", "Bullets Matching" & so on) ... What went
Wrong ??? How could this happen???

Side Note, in Dec 1989, Two months AFTER Oct 1989 Acquittals on
ALL charges ... ALL (B) eight TIRES sent Back to Wis Crime Lab
and Now CRIME Lab Said one BF Goodrich 70 series Tire
Match ... This come AFTER Crime Lab Repeatedly said Tires
Not match (my Black Charger Been Clear of murders and Released
& Return March-April 1989) ... And AFTER Evidence that was
Stored at Marathon Co Sherriffs' Dept was Tamper with
(The Evidence Was Tamper with AFTER 1st (1989) Trial
Judge Put Trial on hold and order All TIRES sent to FBI)

(22)

Ironic side note, 2nd (1998) Trial Prosecutors made false accusations, that the Reason I was acquitted in 1st (1989) Trial was because we confused Jury by accusing Police of Misconduct... Which untrue, The Police were the ones Trying to confuse the Jury, especially with Tires... We Just set facts straight, Draw your own Conclusions!!!

Side Note, in 1999, After I in prison, OHIO Private Tire expert, Peter McDonald (who Prosecutors did Not Re-call in 2nd (1998) Trial, when Presenting "other-Acts-Evidence") was on 48-HOURS and went Head-to-Head against CAL Crime Lab about a Tire Match. (McDonald said Tire match... CAL Crime Lab said No Match)

At end of show, 48-HOURS Reveal Not Same tire and Prove McDonald wrong on National TV

48-HOURS Question McDonald about locking up the innocent... McDonald's' Response, they always have more evidence against Defendants... NOT in my Case, Tires Evidence Was "Linchpin" of entire Case!!!

Ironically, Peter McDonald's' "Junk Science" Supports Police misconduct... BF GoodRich 70 Series Tire NOT match 1st Examination... Evidence stored at Sherriffs' Dept. Tamper with... 2nd Examination BF GoodRich 70 Series Match. Police Misconduct??? Draw your own Conclusions!!!

In 2nd (1998) Trial, We had to follow "Law of Case", which (Incorrectly) said Tires (& Bullets) match, So we not allowed to Re-litigate Tire evidence... Which allowed 2nd (1998) Trial Prosecutors to Stroll into Court and Say tires & Bullets Match as a Fact.

The Press Repeatedly Said Shells Fond in my Room match shells Fond at Murder Scene.

What Press mislead on. The So-Call "Match" was the way the Firing Pin Strike the Bullet. Remington Nylon 66, Nylon 67, Nylon 76, Nylon 77, Mohawk (There was other Names and Also Those guns Manafactured in different Countries) have the Same unique way of Striking Bullet.

The States own witness testified that there was "1,000's", "10,000s", "100,000s", "maybe even millions" of those guns Produced with Same unique way of Striking the bullet.

Furthermore, it unknown how many guns were used During the Murders and Wheather .22 caliber and/or .25 caliber and/or Revolver was Used ... It's assumed to be a Remington .22 caliber gun because of Spent Shells Fond and Helen Kunz buying .22 caliber Bullets BEFORE Murders and making Suspicious Remarks (In 2nd (1999) Trial, We Barr From using Polices' own Theory of Helen Murder/suicide, Kenny Fond Helen dead and Kenny moved Helens' Body and got Rid of gun(s) and/or Kenny murdered everybody)

However, it's unknown How long Spent shells were laying there, Possibly BEFORE Murders on July 4-5, 1987.

More Shots were Fired than Spent Shells Fond ... Untill Roddy and Hoenisch go back to Murder Scene- Kunz' House in Late Feb 1988 - Early march 1988, 8-months after July 4-5, 1987 Murders and 2-months AFTER (illegal) search of our Residents, and Finds Missing 9th Shell, No Pictures, No Notes, No Procedure Steps Follow ... Just Walk-in & Find Missing 9th shell, despite a week long EXtensive Search/Processing of Crime Scene July 4-5, 1987.

Then There's Det Roddy suspicious behavior (shortly after the Fruitless Manure Pit expedition... which came on heels of Receiving more Investigating (Phishing) money after Recovering 9th shell) goes up to Taylor Co Swamp, by himself, on his day off and miraculously finds Helen Kunz' skeletal Remains scatter in 20-foot radius or shallow grave (two different stories) and a .22 caliber spent shell found <u>INSIDE</u> Helens' skull. (small caliber bullet went in under Jaw & came out top of skull as in suicide, but no weapon found... Police search this Taylor Co Swamp a couple weeks after July 4-5, 1987 Murders and Helen was Not There)

However, In 2nd (1998) Trial, we had to follow "Law of Case", which (Incorrectly) said shells (& tires) match, so we not allowed to Re-litigate shell evidence... which allowed 2nd (1998) Trial Prosecutors to stoll into court and state shells (& tires) match as a Fact

During 1988-89 Kunz murder Investigation, Mike Stewward (who stole Calculator/Funnel/Chain From Kunz back in 1984) gave statements to Police saying he saw Role of $100 bill in desk, then it was Role of $100 bills with Red Rubber band, finially Role $100 bills with three Red Rubber bands ③

At Oct 1988 Trial, Arrogant Police testified how they solved Kunz Murders (Robbery gone bad) with help of Det So-So and Special Agent So-So, with their "years of Experience", and no Rolls of $100 Bills fond in Desk.

The Prosecutor even Produced Photos that show drawers wide open, So to support Robbery.

The Press Pounced on that (side Note, Alot of money was Fond all over the house, but it's unknown how much money was the**r** BEFORE the murders.)

What Press did NOT say or show, on CROSS-Examination, SPD Weldon Nelson Show pictures of Crime Scene When Police First started Processing Crime Scene and Desk Drawers were closed. (Police open Desk Drawers When Processing Crime Scene)

SPD Weldon Nelson then ask Police ... with their "Years of experience" if Robber(5) are grabbing Roll(5) of $100 Bills W/3-Red Rubber bands, (But leaving All other money all over house, including in Desk), and wielding at least one gun, Kidnapping Helen Kunz, and murdering other Family Members and not hiding their bodies... Would Robber(5) take time to Close Drawers ... In their "Years of experience" ???

All police Became Vague & evasive (could you Repeat Question... IF I'm understanding Question) and Say We'll Need to ask Det So-So and Special Agent So-So, Who also became Vague & evasive.

Side Note, 1st (1989) Trial, 2-12 People involved, Nobody ~~ese~~ else ever Charged... 2nd (1998) Trial, Only one Person involved and Rape motive, But did Not go through with Rape, So No Way to Prove or Disprove Rape... I do Question if Fraudulent Claims were Submitted about this also???

26

Wayne Weiler testified at Oct-Nov. 1988, 3-Day Preliminary Hearing and Oct 1989 Trial that I told him I wanted to go and Rob Kunz Family (which untrue)... Press Focused on that.

The Press even show Wayne on TV, so Wayne Could Play the Ultimate victim... And then taunt me & others and Falsely accuse I & others Harrassing him & threatening him (All untrue)

What Press Forgot to say & show... During Cross examination at Oct 1989 Trial, Police informant Wayne Weiler admitted he did Not tell Police when I allegedly told him this, NOR when he heard of Highly Publicized July 4-5, 1987 murders, NOR when Highly Publicized (Illegal) January 1988 searches of our Residents (and I Labled "Prime Suspect")... Wayne Told Police this information AFTER Feb. 1988 John Doe Hearing Reveal Wayne Stole Taylor Co Red Charger (That Press was blaming me For) and Wayne became a Suspect in murders himself.

The Press Forgot to mention at 1989 Trial, we Called Wayne Weiler a "Liar" and Prosecution Call Wayne a "Honest thief".

During Oct. 1989 Trial, Prosecutor try to explain away why tires did Not match, by accusing me of Jacking up my Black Charger (which had been Clear and Return to me March-April 1989, 6 months before Oct 1989 Trial) and Spinning & Defacing Tires (which untrue)

① This is Prosecutor himself ack Tires ("Linchpin" of Case) did NOT Match!!! And trying to explain it away!

2) This is Prosecutor himself ack. 340 CID Motor in Black Charger did NOT Run Correctly and Could Not Spin & De-Face Tires... As Police Informant Wayne Weiler ("Intent") Claims.
( The with-held Crime Lab Report verifies 340 did NOT Run Correctly and Could Not Spin & DeFace Tires... And tires NOT match... And Cleared my Black Charger of Murder !!!)

# Side Note, After Feb 1st, 1988 (Illegal) Search Warrant For Forensic testing Clear my Black Charger and Show tires did NOT match... Police Informant Wayne Weiler knowinly gave Police New False Statement, Claiming 340 Run good & could easily Spin & DeFaces tires and that's why tires did Not match.

Wayne Weiler was "Intent" of 1st (1989) Trial. Because of Wayne's ~~Press~~ Perjury Testimony, he avoided Prison an other Charges.

Shortly after Oct. 1989 Acquittals, Wayne Weiler made False claims of being Shot at and Press Reports insinnated it was me. (which untrue)

Shortly after Oct. 1989 Acquittals, Wayne Weiler gave New Statement and Said he "Lied" in Oct (1989) Trial and change his Story, which Now went against Facts of Case.

2nd (1998) Trial Prosecutors did NOT Re-call Wayne Weiler to testify at June 1998 (2nd) Trial !!!

Question OF "INTENT"

Before 1st (1989) Jury Acquitted, they (Alleged ly) Submitted Question about "Intent" and Press Pounsed on that (Incorrectly) claiming Jury was Hung-up on Question OF "Intent" and that's Why Jury acquitted on ALL Charges (including kidnapping & False inprisonment of Helen kunz)

That is NOT true ... 1st (1989) Jury NEVER Submitted Question about "Intent" ... Court StaFF Submitted Question as a life line:

① "Intent" Rested Fully on Police Informant Wayne Weiler and they knew he was Lying.

② Should Jury have Convicted me, The of "Intent" would've been a Life-Line that Created Reasonable Doubt to Wayne Weiler (Per Jury) testimony of Intent.
    However, The Jury Seen through wayne weilers' Perjury testimony and acquitted me of ALL Charges ... Including kidnapping & False imprisonment of Helen kunz.

③ So to Justify the very expensive trial and All the Investigating (Phishing) money Spent ... When the tires ("Linchpin" of Case) did NOT match!!!

Again, The 1st (1989) Jury NEVER Submitted Question about "Intent"

Tracy Barrett testified he bought Drugs From Kunz Family.

The Press Pounced on that and Press (and Police) were Blaming him For my acquittals, which is untrue. Tracy Barlett held <u>No</u> weight at all with Jury and Press See that, But Chose to ignore that.


I was under a frivilous on-going Drug Investigation long Before July 4-5, 1987 Kunz murders (I don't mess with Drugs!!)... Because of False accusations/False Statements OF Drugs From People like... Well Tracy Barlett (Wayne Weiler, Stacy Weis, Gloria Newman, Jason Wienke and so on)

Tracy Barlett was Prosecutions' Desperate attempt to tie me to to Drugs!!! mind you, All those illegal Search Warrants turn up NO illegal activities... No Drugs, despite Years & expence of investigating me. Police Need to Justify & blame illegal Search Warrants on somebody!!!

I do Question how big of Roll Tracy Barlett had in illegal search Warrants For our Residents - my Black Charger... The Police (Incorrectly) thought a little Pot would be Fond! (very least)

Right AFter Oct. 1989 Acquittals, A TV Show... "UnsolvED Mysterias" was interested in this case.

However, that would've exposed all the Fraudulent claims...For Example: Tire matching, Bullets matching, Paint Scapings matching, Helens' Blouse, Drugs, murder weapon(s), Black Charger, High Power Spot-lite, W/ Helens' Finger prints/DNA Blood/Hair in EviDence... All Untrue and Fraudulent Claims.

In Dec 1989, Two months AFTER Oct 1989 Acquittals on All Charges, All (8) Right Tires Sent back to Wis. Crime Lab and NOW Crime Lab Makes Match on One BF Goodrich Tire, 70 series Tire, Same Tire as FBI Said match and OHIO Private Tire Experts' 2nd Re-examination on eve oF Oct 1989 Trial to start ( One BF Goodrich 70 series Tire Started Matching AFTER EVidence Tamper with, which was Stored at Sherriff's Dept)

This Come After Crime Lab Repeatedly Said Tires did NOT Match and cleared My Black Charger ( which was Return March-April 1989)... This is when Stolen Taylor Co Red Charger ( which was Damaged During thief) was Substituted into evidence For My Black Charger...So to Create some EVidence to Support Fraudulent claims!!!

The misleading Press was blaming My Acquittals on Tracy Barlett and Question of "Intent" and Repeatedly saying "Tires Match" and "Shell Match"... unsovled mysteries Lost Interest in this Case thereAfter.


Days AFter Oct. 1989 Acquittals, We gone into Atty Robert Brandners' oFFice ( Who Represented me on Taylor Co Stolen Red Charger) wanting to Sue Police-DA oFFice.

Atty Brandner Said There's Nothing to Sue about, Police-DA oFFice did Nothing Wrong... That I was only acquitted, NOT fond innocent and Barely acquitted ( ReFerring to Question about "Intent", which Brandner knew Court STaFF Submitted...Not Jury) and I made Bail (AFter 6-months in Jail) So I was Not Sitting in Jail all that time. Atty Brandner Seem Discussed & even angery about us even thinking about Suing Police-DA oFFice.

At No Time did Atty Robert Brandner tell us he was a conflict of
Interest, working for Taylor Co DA office and that's he is Responsible
for Illegal Search Warrants in connection to Kunz Murder Case, which
leads to Oct. 1989 Trial (and 2nd (1998) Trial)

    Side Note, Atty Brandner knew Police Informant Wayne Weiler Stole
Taylor Co Red Charger and not me, Yet Brandner had me plead guilty and
that guilty Plead was used to get (illegal) search warrants and Labled me
"Prime Suspect" in Kunz murders case.


Ironic Side Note, So-Called "Newly-Discover-Evidence" Stacy Wias (2nd (1998)
Trial) creditability was Boasted... Stacy Said Reason we did Not Sue after
1st (1989) Trial was because my SPD, Weldon Nelson had a sign Confession
from me in my Files. (which untrue)... Prosecutors then tried to use that
to Break Atty-client Privilege and turn SPD Nelson and My 1st Trial
SPD Investigator Kenneth D. Kier into witness against me



Immediately After Oct 1989 Acquittals, I met Police informant/Probationer
Stacy Weis and we dated & lived together and broke-up Aug-Sept 1992 and
She moved to MN. and I moved back-up to Medford, Wis.


BEFORE Aug-Sept 1992 Break-up, Stacy (and MN Resident Gloria
Neuman) were getting into trouble with Drugs/ money Problems/ Thefts/
Dirty urine/ manufacturing-trafficking-transporting (MN & Wis) and
Blaming All on me & claiming to Solving Wis Kunz Murders case.
    I knew Nothing Nor any Part of above.

32

AFTER Aug-Sept 1992 Breakup, I No Longer around to Con me out of my money For "Bills"... Stacy and Gloria Crime Wave esculated into Far more Serious Crimes, So to Support their Drug Addition... That Authorities help Cover-up and even Fuel, by Cleverly Blaming everything on me (I don't mess with Drugs... They can tell a Mans' urine From Female urine)

BeFore Aug-Sept 1992 Break-up, Stacy wanted me to move to MN and I ReFused. At the time, I thought it was because of Stacy and Gloria's Friendship. I don't like Gloria at all.
      I did NOT know about Kenneth O. Kier in MN and his misconduct (MN & Wis.)

Shortly AFter my Oct 1989 acquittals, SPD Investigator Kenneth O. Kier, who work on my DeFense 1988-89, LeFt SPD OFFice and with Financial help, Set up a Private investigator Business and Started Hunting me through Police InFormant/Probationer Stacy weis.

By 1992, Kenneth O. Kier lost Financial Backing and started having money Problems and Closed his business and moved to MN and started working at Rice co MN Sherriff's Dept as Sgt. Barry Cummins and he started Hunting me From MN.

In 1992, Kenneth O. Kier was Charged & Plead guilty to taking Wis. Property and Crossing State line... I believe that State Property was Police inFormant/Probationer Stacy weis. Kenneth O. Kier (Incorrectly) thought I'd move to MN with Stacy and Kier Could Drag Frivibus on-going. kunz murder (and Drug) Investigations Over to MN.

(33)

Stacy Weis, Gloria Newman & Police Kenneth O. kier were Filing False Statements that I was in MN and me & stacy were Together AFTER Aug-Sept 1992 Break-up, when in Fact I having No interaction with Stacy (NOR did I want any interaction with Stacy)

Indeed, Press made a very, very small, Low key mention of Stacy being involved in MN Bank-Robbery (stacy's a good Person who Just happen to get around Some Bad People who Rob a MN Bank , , Which "Chris Jacobs" got Blamed For.) , , , However, Press Forgot to mention Stacy was involved in MN Home Burglary, Among items stolen, was a Pick-up truck and guns (which Stacy saw-off barrels, so to conseal) The Pick-up was Park Near MN Bank the Nite Before Robbery, So to be get away vehical and guns were used For the Bank Robbery. (meanwhile, stacy Falsely claiming I Put stolen Bracelet on her wrist and "Chris Jacobs" getting blamed For MN Home Robbery) , , OR Stacy getting Fired FRom MN Nursing Home For stealing Prescription medication and anything else of Value From the Elderly Residents (and Falsely claiming I, the Big, Bad man was Forsing Poor little Female Stacy to Steal , , , All AFTER Aug-Sept 1992 Break-up) , , , OR Stacy Breaking into Vending machines and Gambling Machine, where Stacy Gamble all her money away (BeFore Aug-Sept 1992 Breakup, Stacy was Caught stealing Rolls of lottery tickets and Authorities help Stacy cleverly blame on me , , , I don't Gamble !!!) , , , OR Stacy & Gloria Repeatedly Caught (BEFORE & AFTER Aug-Sept 1992 Break-up. I knew Nothing NOR any Part of) Manafacturing-Trafficing Drugs in MN & Wis, which included Search warrants-Police Raids. Again, Authorities cleverly blamed on me.

However, Because of All the Official Misconduct that went on in my 1st (1989) Trial (and Cleverly Blaming everything on me), The 2nd (1998) Trial Judge, Who also had a Financial interest in me getting Convicted, would Not allow us to use the above against Stacy & Gloria.

However, 2nd Trial, Price Co Judge Douglas Fox (Who Sat on my Marathon Co kunz murder case) did allow my Atty to read into Record (which Press ignored) in 1996, Stacy was back in Wis and Winnabago Police gain Probale Cause of Drug Manufacturing & Trafficing and Stacy was arrested. Winnabago Probation Officer called Stacy a "very Dangerous Person" and Tried to Revocate Stacy and Send Stacy to Prison, However "MN Authorities" Stop that and Stacy avoided Prison and got off with a misdemeanor Fine.

Stacy Falsely Claimed I got a bunch of Parking tickets with her car, when in Fact, I had NO interaction With Stacy Since Aug-Sept 1992 Break-up. Had Stacy been Sent to Prison (Like anybody else under Simular Circumstances) Chances are good, The kunz murder case. Would've been drop against me. The Prosecution Needed a excuse (like "Newly-Discover Evidence" Could be Stacy was being Sent to Prison Before charges drop against me, Since Press had Stacy Pump up as a goud-Reliable-Creditable Witness..., And that I should've been convicted in my 1st (1989) Trial

It gets better, Stacy Step up the illegal activities to dealing with guns also... This is what police like to Hear, Stacys' False Claims we are together and I (with Stacy) burglarized mn Residents and Stole guns & Pick-up Truck... So Police/Prosecution Could Falsely insinuate I the one No Who Burglarized Evidence Building in 1996 and that's why No gun(s), Drugs, My Black Charges in Evidence (The Evidence Building was NEVER Burglarized)... In Front of Jury Then When things go Sour and it come back to bite Police/Prosecution, They then act Surprised and discussed about how these Snitches mislead and trick Police/Prosecution...!!

(35)

Side Note, My 1st (1988-89) SPD Investigator Kenneth O. Kier Learn of All the Official Misconduct that went on in my First Trial Proceedings... And Kenneth O. Kier want in, For his own Personal gains.

The Press ignored 2nd (1998) Trial Stacy Weis' testimony. The Transcripts Show 2-Full pages of Stacy answers of... "I Lied". At one Point, Stacy testified... "I lied and Told them what they wanted to hear." "Them" being MN & Wis Federal/State Judges, MN & Wis Federal/State Prosecutors; MN & Wis FBI/Police.

The Fact is (that everybody ignores) AFTER Aug-Sept 1992 Break-up, Stacy & Gloria (who Recieved inFlated ego... Blame everything on "Chris Jacobs" and Claim to be Solving Kunz murder case) Crime wave esculated into Far more Serious Crimes (Because I No Longer around So to Con me out of my money for "Bills" And blame everything on me)... IRonically, when I got away From Stacy, I Suddenly had money and got ahead in life and Was doing good... Untill Stacy & Gloria Put me in Prison at my June 1998 2nd Kunz murder Trial... 6-Years AFTER me and Stacys' Aug-Sept 1992 BreakUp.

FILED/REC'D
2026 FEB -2 A 10 53
CLERK OF COURT
U.S. DISTRICT COURT
WI

## BOGUST JASON WEINKE CHARGE

After me & Stacy Weis Aug-Sept 1992 Break-up, I moved back-up to Medford, Wis. and I Started Working at M & N Equipment in Oct. 1992.

In 1996, M & N Equipment Lost The Goverments' Support and M & N Business Turn Bad.

In June 1997, me & my then girl(friend), had a falling out at M&N and Left. Thereafter, (M&N owners/parents) Neil & Peggy Makal, (Employee/son) Jason Wojnke, and Partner Randy Cliver (who had a lot money invested in M&N and sitting in Clark Co Jail) were attacking me with repeated false statements/false accusations... Because their attacks got me Convicted in 2nd (1998) Kunz murder Trial, Cliver got all charges against him Drop & Avoided Prison and saved M&N failing Business... untill Years later, after I found out about "Newly-Discover-Evidence" stary weis Re-canted at June 1998 trial (But they forsed her stick to same story and I convited days later) and Evidence Building never was Burglarized... Thereafter, M&N was fore closed on.

6-weeks BEFORE my 2nd (June 1998) Kunz murder Trial, Prosecutors filed Bogust Jason Weinke Charge. Police/Prosecutors knew Jason was lying and Evidence show Jason lying and. No change for Conviction on Bogust Jason Weinke Charge

At Initial Bail/Plead Hearing, my SPD, Weldon Nelson accused DA Office of filing Charges "Dime a Dozen" and Bogust Jason Weinke Charge was a "Publicity Stunt" 6-weeks BEFORE June 1998 2nd Kunz murder Trial... DA Jill Falstad did not Deny nor Dispute those accusations.

The Bail was $250 Cash on Bogust Jason Weinke Charge... The D.A. office did NOT go After my $250,000 Signure Bond on Kunz murder case. Judge Fox Refuse to Delay 2nd Kunz murder Trial, so we Could Force Prosecutors' hand on Bogust Jason Weinke Charge, which had no Chance of Conviction in... (1).

(37)

The Bogust Jason Weinke Charge (which No Chance of Conviction in) Was Filed For One Reason Only... So they Could Convict me in my upcoming 2nd Kunz murder Trial and get Appeals Ct/Surpreme Ct to throw out my "Text-Book-Case" of Double Jeopardy in my 2nd Kunz murder Trial and then get me to Plead Time served on Bogust Jason Weinke Charge... And Now I'm asking Press For help to Put Pressure on Wis S. Ct. and U.S. S. Ct. to hear my "Text-Book-Case" of Double Jeopardy.

Price Co Judge Douglas Fox sat on my 2nd (1997-99) Trial (2-week Marathon Co Case # 1993-CF-146 ... 1st (1988-89) 4-week Trial) and Was Very Bias Towards me, and had interest in me getting Convicted. [1988-CM-787]

    Price Co also Jump on the Frivolous on-going Kunz murder/Drug/Stolen Car/ and what else I been accused of investigation and grab a big First Ful money For theirself.

Judge Fox Barr Police's own Theory, That Helen Murder Family and Helen then committed suicide and Kenny came home and Fond her and didn't want Helen getting blamed, So Kenny got Rid of gun(s) and moved Helen body and/or Kenny Murder Family.

Judge Fox let in ALL 1st trial Evidence, as "Other-Acts-Evidence" at Prepondence of evidence (which is standard Burden on "Other-Acts-Evidence") into 2nd Trial. This Basically Lowered 2nd Trial to Prepondence of evidence instead of Reasonable doubt.

    Judge Fox Refused to Raise Burden to Reasonable Doubt Because that would be... "Double Jeopardy"

(38)

Judge Fox said we had to follow "Law of Case", Which (Incorrectly)
siad Tires & Bullets match, So we Not allowed to Re-litigate Shell
Nor Tires evidence... Which allowed 2nd (1998) Trial Prosecutors
To Prefect "Other-Acts-Evidence" and Stroll into Court and
State Tires & Shells Match as a Fact.

During 1998, Newly-Discover-Evidence" Stacy Weis would Re-cant
After another witness Provided Testimony & Documentory Evidence
That showed Stacy Weis was lying about allegde confession...
However, Stacy Was told to stick to Same story and I convicted days later.
Judge Fox knew about this and went along with it.

    After the Prosecution was done Presenting their Case, My Attys
Requested an 2nd Acquittal, Since Stacys' testimony did Not meet
"Newly Discover evidence", Stacys' (false) Testimony was Just Repeating
1st trial (1989) accusations.

    Judge Fox Deny our Requests for 2nd Acquittals.

The Bogust Jason Weinke Charge was Filed 6-weeks Before my
2nd (June 1998) Trial. Judge Fox Made it Clear, so my 2nd (1998)
kunz Murder Trial will not be delay for any Reasons so we could
Not Force Prosecutors' to Prove the Bogust Jason Weinke Charge
    However, Judge Fox did give a one week delay, so to move trial
From Marathon Co; (central wis) to St. Croix, Co (Border of Wis and
MN), After Wausau NewsPaper had False Claim That I gave
Confession at wedding Party on its Front Page.
    The Bogust Jason Weinke, Which No Chance For conviction in,
would be drop... But had no interest in That Though!!!

Judge Fox Would NOT allowed us to use any of the Legal Problems, especially Drugs; or Against Stacy Weis, Gloria Neuman & Brenda Kaiser.

Side Note, Brenda Kaiser Re-canted Many Months BEFORE my 2nd (June 1998) Kunz Murder Trial, But they Forsed Brenda to stick to same story.

Again, Judge Fox Was Very Bias towards me and had interest in me getting convicted. . . Because The Press Put me into a False light During-After 1st (1989) Trial !!!

Marathon CO Det. Phil Johnson, whoa Was incharge of Eavidence, Testified at My June 1998 Trial, in Detail about 1996 Alleged Burglaries of Evidence Building and evidence In my Case Stolen — Tamper with.

Dept. Johnson Was Retired by My June 1998 Trial.

Randal Hoenisch, Complaintant 1st (1989) trial & 2nd (1998) trial Was one of lead Det. in Kunz Murder Case (By 2nd Trial, Hoenisch was Captain) Capt Hoenisch testified he in charge of Evidence during 2nd Trial.

AFTer I in Prison, Around 2011-12, I Fond out:

① So-call "Newly-Discover-Evidence", Stacy Weis Re-canted During My June 1998 Trial . . . But They Forst Stacy to Stick to same Story and I Convicted Days later.

(41)

side Note, Gloria Newman, by her own Testimony, is NOT believable.
Brenda Kaiser had Re-canted many months earlier, but They Forced
her to stick to same story at June 1998 Trial.

② Evidence Building was <u>NEVER</u> Burglarized (Prosecutors
insinuate it was me who Burglarized Evidence ~~Evidence~~ ~~Burgl~~
Building in Front of Jury)

    The Burglary story was made up to explain why No Drugs,
No Weapon(s), No Woman (Helens) Blouse, No DNA/Blood Finger
Prints/Hair on "High-Power-Spot-lite", No Black charger and
So on.

    SheRRiFF Randal Hoenisch would Resign after this

Randal Hoenischs' Wife, Probation/Parole Officer, Kim Hoenisch, would
Resign and went Prison For Misconduct in office, Falsely claiming
I on Probation/Parole For Drugs and Sex CRimes

    Side Note, During my interlocutory Appeal, if Double Jeopardy Barr
My 2nd ~~Not~~ Trial or Not... At the 7th Cir. APP. court, DoJ said
They would Not be Re-trying the Murders, Because that would
be... "Double Jeopardy"!!!

    Yet that is exactly what They did and Sent me to Prison.
The Press (IncoRRectly) said I in Prison on Revocation... That
is NoT True, I was Not even on Probation/Parole... I im
Prison (In Violation of Double Jeopardy) Solely on Kunz
Murders Case, Nothing else!!!

CLERK OF COURT
U.S. DISTRICT COURT
WID OF WI
FILED/REC'D
2026 FEB -2  A 10: 54

Side Note, leading up to 2nd (1992) Trial, My SPD, Weldon Nelson grew angerier at Randal Hoenisch For misleading so many people of what went on in 1st (1989) Trial.

At the 2nd (June (1992) Trial, The Anger Can be Seen, as SPD Weldon Nelson got out of his seat and went up to Witness Stand and Grill Randal Hoenisch.

Interestly enough, Prosecutors Tone down their objections and Judge Fox did Not Cut in nor stop SPD Welson Nelson While grilling Randal Hoenisch.

In Late 1992, Det Windell Roddy, other Lead Detective in murders, Would Re-sign and Retire For his misconduct in Kunz murder Case & my 1st (1988-89) Trial.

However, in Early 1993, when News broke about Stacy Weis being involved with a MN Bank Robbery and using this Kunz murder Case as leverage in Plead Bargaining on MN Bank Robbery & other State & Federal crimes...Det Roddy Came out of Retirement to Work on Kunz murder Case.

Marathon CO Sherriffs Dept, Lt Elwood Mason, Was Head of Kunz murder Investigation and my 1988-89 Prosecution & Trial, Would Re-sign Shortly After my 1989 Acquittals on All Charges.

Marathon CO Sherriff Leroy Shillinger Would Win Election by getting me charged in Kunz Murder Case ("We got a young Man behind Bars Right Now")...COME Re-Election time, AFTER my acquittals, Shillinger lost by a land slide!!!

(43)

On SAt 3:00PM, July 3, 1993, Marathon Co DA Greg Grau Re-charged me
with kidnapping & False imprisonment of Helen Kunz, in Connection
to Kunz Murders Case. Statue of limitations expired Sunday
July 4, 1993.


Around 2010-12, Marathon CO Circuit Judge Greg Grau would "Abruptly"
Re-sign, ~~et~~ But No Reason given... AFTER I Found out:
① "Newly-Discover-Evidence" Stacy Weis Recanted During My June 1999
   Trial... (But they Forsed Stacy to Stick to Same story and I
   Convicted Days later)
② The Evidence Building was Never Burglarized!!!

Stacy Weiss' MN Defense Atty, Robert Malone got his Atty
Licence Suspended.


Kenneth O. kier (A.k.A. Rice Co, MN Sherriffs' Dept., Sgt Barry Cummins)
Would Re-sign From Rice Co, MN Sherriff's Dept in 2000, AFter Wis. S.G.
Decline to Review My Case.
     The Rice Co, MN Sherriffs' <sup>dept</sup> Said they Would NOT Re-Hire
Kier, When I Sent Follow-up letters Questioning Details, thay
Would Not Even Respond at all.


Shortly AFter My Oct 1989 Acquittals on ALL Charges, Marathon CO
Circuit Judge, Ann Walch Bradley, Who was No Part of Kunz Murder
Investigation/ My 1988-89 Trial Processings/ Kunz estate, Said in
Press..., I Could Still be Charged with Tresspassing in Kunz
Garden (where Tire trocks were and Randy Kunz' Blue OLDs.
Cut(ass.)

(44)

That Statement was based on False/misleading Press Coverage ... "Tire Match", "Shells Match", Question of "Intent", Tracy Barlett and so on.

My Post-Conviction Appeals Atty Thomas Knothe, would leave Law Firm with his Name on Title and go to different Law Firm as ... "On-counsel", which is a little more than a Legal Secretary, For about 5-Years.

After I Came under attack by a bunch of inmate, who were Falsely Claiming I made incriminating Statements... Thomas Knothe would Start his Own Law Firm... Does Make me Wonder??!

SPD Weldon Nelson Repeatedly & Sarcastically said ... Prosecution/ Police Seem to like People like: Gloria Newman & Stacy Weis (So-Call "Newly-Discover-Evidence"), Wayne Weiler ("Intent"), Bogust Jason Weinke Charge, Neil & Peggy Makal and Randy Cliver and Jason Weinke (who were Repeatedly Proven liars over & over again and Just Outright attacking me), Tracy Barlett and so on.

Back 2017-'19, A/Minnesota Cable TV Network had contacted me and Sent me $5.00 and Claim they were doing a Documentary on my Case and had already gotten a bunch of Police Reports & Trial Transcripts on my Case.

I never heard From them again. All My Property was Sent out of Prison, So I do Not have their Name Nor address. The Prison Business Office Said They don't have Name Nor address of That MN Cable TV Network, despite them Putting $5.00 on my account. The Prison Social Worker was No help.

I'm Questioning if that MN Cable TV Network is Part of That MN Fraud Scandal in News & MN Gov. Tim Walz Ending his Re-election Run???

Because of misleading Press, A Bullseye was Put on me and it was a Witch-hunt after me, Not only Police & Snitchs, But also good-Samaritanse,, which lead to me being Re-charged and convicted in my 2nd (1998) Trial.

Fore above Reasons, I'm asking The Press to take interest in my "Text-Book-Case" of Double Jeopardy, that was so "Boot-string Together" that 2nd (1998) Trial, Judge Fox could Not separate 1st Trial (1989) Evidence From 2nd Trial Evidence (and 6-Letters to Press w/2-pg Cover Letter) and Put Pressure on Wis. S.Ct. and U.S. S.Ct. to hear my Case.

Thank-you

Chris Jacobs 1-14-26

Chris Jacobs 1B5839

CCI

PO Box 950

Portage, Wis 53901